THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jody Lynn Ward, Appellant.
 
 
 

Appeal From Georgetown County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No.  2007-UP-048
Submitted January 2, 2007  Filed January 26, 2007

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, all of Columbia: and Solicitor J. Gregory Hembree, of Conway, for Respondent.  
 
 
 

PER CURIAM:  Jody Lynn Ward appeals his conviction of two counts of murder, each with a sentence of life imprisonment.  Ward argues the trial court erred in failing to suppress his statement to police where the police knew Ward was attempting to contact his attorney prior to his statement, and were aware Ward had invoked his right to counsel upon his arrest.  Ward also filed a separate pro se brief raising numerous arguments. After a thorough review of the record, counsels brief, and Wards pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wards appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.